ACCEPTED
14-14-00278-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
12/29/2014 7:21:35 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00278-CR

In the
# Court of Appeals
For the
# Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 7:21:35 AM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1243451**
In the 178th District Court
Of Harris County, Texas

———————◆———————

## CHADRICK CANARD JOHNSON
*Appellant*
v.
## THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 178th District Court of Harris County, Texas, in cause number 1243451, **The State of Texas v. Chadrick Canard Johnson,** Appellant was convicted of murder, and was sentenced to forty five years in the Texas Department of Criminal Justice, Correctional Institutions Division, on March 19, 2014.

2. A written notice of appeal was timely filed on March 19, 2014.

4. The State's brief was due on December 22, 2014.

5. An extension of time in which to file the State's brief is requested until January 22, 20145

6. Two previous extensions of time have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

The State's Assistant District Attorney on appeal is finalizing a brief for submission in *Ibarra v. State,* 14-14-00471-CR. The State's Assistant District Attorney on appeal was ordered to active duty in the United States Navy from December 26, 2014 through January 4, 2015; this period of active duty service will delay the work on all assigned briefs. Additional time will be necessary to submit previously assigned briefs prior to submission of this brief.

WHEREFORE, the State prays that this Court will grant an extension of time until January 22, 2015 in which to file the State's brief in this case.

Respectfully submitted,

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24073207

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed and faxed

to the attorney for the Appellant on December 29, 2014:

Glenn Youngblood
5555 South Loop West, Suite 396
Bellaire, TX 77401
Phone: (713) 432-1013
Fax: (713) 574-3042
Email: glenlaw1@comcast.net


**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24073207

Date:  December 29, 2014